IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

ADRIAN DESHUN DELK,

    Plaintiff,

v.                                                  Docket No. 1:19-cv-00081
                                                 JUDGE CAMPBELL

THELMA BUMPHUS, ET AL.,

    Defendants.

## JOINT STATUS REPORT

Plaintiff, Adrian Deshun Delk (hereinafter "Plaintiff") and Defendants, Thelma Bumphus and Treasa Petty hereby file this joint status report in accordance with this Court's order dated February 13, 2023. (ECF No. 130.) The parties state as follows:

1. On February 2, 2023, the Parties mediated both the Western District of Tennessee, Case No. 1:22-cv-02540-JDB-cgc (hereinafter the "Western District Case"), and this matter. Ultimately, mediation was unsuccessful.

2. The Western District Case is proceeding pursuant to a scheduling order issued on November 15, 2022. (ECF No. 23.) The Western District Case has a dispositive motion deadline of April 28, 2023, and the Parties anticipate filing competing motions for summary judgment.

3. Finally, the Western District Case trial is set for August 28, 2023.

1

Respectfully submitted,

*/s/ Craig A. Edgington* _____
Craig A. Edgington (#38205)
Brice M. Timmons (#29582)
DONATI LAW, PLLC
1545 Union Avenue
Memphis, TN 38104
(901) 278-1004 (Phone)
(901) 278-3111 (Fax)
craig@donatilaw.com
brice@donatilaw.com

Michael G. McLaren (#5100)
William E. Cochran, Jr. (#21428)
Charles S. Mitchell (#23789)
BLACK MCLAREN JONES RYLAND
  &amp; GRIFFEE PC
530 Oak Court Drive, Suite 360
Memphis, TN 38117
(901) 762-0535 (Phone)
(901) 762-0539 (Fax)
MMclaren@blackmclaw.com
wcochran@blackmclaw.com
cmitchell@blackmclaw.com


PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly
     James I. Pentecost (#011640)
     Nathan D. Tilly (#031318)
     Haynes T. Russell (#036923)
     Attorneys for Defendants
     162 Murray Guard Dr., Ste. B
     Jackson, Tennessee 38305
     (731) 668-5995 - Telephone
     (731) 668-7163 – Facsimile

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was filed via the Court's ECF system, and notice of the filing was sent by operation of the Court's ECF system, to above counsel and all counsel of record this 17th of February 2023, to wit:

James I. Pentecost
Haynes T. Russell
Nathan D. Tilly
Pentecost, Glenn & Mauldin, PLLC
162 Murray Guard Drive, Ste. B
Jackson, TN 38305
(731) 668-5995 – Telephone
(731) 668-7163 – Facsimile
jpentecost@pgmfirm.com
hrussell@pgmfirm.com
ntilly@pgmfirm.com

*Attorneys for Defendants Treasa Petty,*
*And Thelma Bumphus*

/s/*Craig A. Edgington*