IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN DESHUN DELK | ) |
| | ) |
| Plaintiff, | ) |
| | ) No.: 1:19-cv-00081 |
| v. | ) |
| | ) |
| THELMA BUMPHUS, TREASA PETTY, and JASPER BREWSTER | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF TENTATIVE SETTLEMENT**

Plaintiff Adrian Delk, and Defendants Thelma Bumphus and Treasa Petty, by and through undersigned counsel, hereby notify the Court that the Parties have tentatively reached a mutual compromise of the above-referenced matter that will resolve all claims against all defendants. The Parties are in the process of completing a settlement agreement and release. Upon completion of said documents, the Parties will file a stipulation of dismissal with prejudice.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By: s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Dr., Ste. B
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 – Facsimile
ntilly@pgtfirm.com
hrussell@pgtfirm.com

DONATI LAW, PLLC

Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
*Attorneys for Plaintiff*
1545 Union Avenue
Memphis, TN 38104

BLACK MCLAREN JONES RYLAND
    & GRIFFEE, PC

By:   s/William E. Cochran w/permission
      William E. Cochran (#21428)
      Charles S. Mitchell (#23789)
      530 Oak Court Drive, Suite 360
      Memphis, TN 38117

## CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading by U.S. Mail and/or the Court's ECF filing system upon the following:

Charles S. Mitchell
Will E. Cochran
530 Oak Court Drive, Suite 360
Memphis, TN 38117

Brice M. Timmons
Craig Edgington
1545 Union Ave.
Memphis, TN 38104

This the 18th day of September, 2023.

By:   s/Nathan D. Tilly