IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN DESHUN DELK | ) |
| | ) |
|    Plaintiff, | ) |
| | )    No.: 1:19-cv-00081 |
| v. | ) |
| | ) |
| THELMA BUMPHUS, TREASA PETTY, and JASPER BREWSTER | ) |
| | ) |
|    Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Adrian Deshun Delk voluntarily dismisses all of his claims with prejudice against all Defendants.

    This voluntary dismissal is with prejudice, and each party shall bear their own costs, fees, and expenses.

Respectfully submitted,

PENTECOST, GLENN & TILLY, PLLC

By:    s/Nathan D. Tilly
Nathan D. Tilly (#031318)
Haynes T. Russell (#036923)
Attorneys for Defendants
162 Murray Guard Dr., Ste. B
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 – Facsimile
nilly@pgtfirm.com
hrussell@pgtfirm.com

DONATI LAW, PLLC

Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
*Attorneys for Plaintiff*
1545 Union Avenue
Memphis, TN 38104

BLACK MCLAREN JONES RYLAND
& GRIFFEE, PC

By: s/William E. Cochran w/permission
William E. Cochran (#21428)
Charles S. Mitchell (#23789)
530 Oak Court Drive, Suite 360
Memphis, TN 38117

### CERTIFICATE OF SERVICE

This is to certify that I served a copy of this pleading by U.S. Mail and/or the Court's ECF filing system upon the following:

Charles S. Mitchell
Will E. Cochran
530 Oak Court Drive, Suite 360
Memphis, TN 38117

Brice M. Timmons
Craig Edgington
1545 Union Ave.
Memphis, TN 38104

This the 6th day of October, 2023.

By: s/Nathan D. Tilly